UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

WASH DEPOT HOLDINGS, INC.,                    Case No. 24-CV-2230 (PJS/EMB)

                    Plaintiff,

v.                                                                    ORDER

SIP SOUMAH (d/b/a Sparkling Image
Detail),

                    Defendant.

---

Anna Swiecichowski and Patrick J. Rooney, FAFINSKI MARK & JOHNSON, P.A., Peter J. Gleekel, LARSON KING, LLP, and William Eric Hilton, GESMER UPDEGROVE LLP, for plaintiff.

This matter is before the Court on plaintiff Wash Depot Holdings, Inc.'s motion for default judgment under Fed R. Civ. P. 37(b)(2). ECF No. 49. During oral argument on September 22, 2025, the Court observed, and plaintiff's counsel agreed, that Soumah was never personally served with the instant motion. Under Fed. R. Civ. P. 5, personal service is required unless a party consents in writing to electronic service. Soumah has not consented. On September 29, the Court directed plaintiff via email to personally serve Soumah and file notice and proof of service. It is now December 10, and plaintiff has yet to cure its defective service. Given the length of time that has passed and plaintiff's apparent inability to serve Soumah, the motion is denied without prejudice.

ORDER

Based on the foregoing, and on all of the files, records, and proceedings herein,

IT IS HEREBY ORDERED THAT plaintiff's motion for default judgment [ECF No. 49] is

DENIED WITHOUT PREJUDICE.

Dated: December 10, 2025          /s/ Patrick J. Schiltz
                                           Patrick J. Schiltz, Chief Judge
                                           United States District Court